RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
California Bar No. 314082
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Brandon Jon Marquez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00279-KJD-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| BRANDON JON MARQUEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Brandon Jon Marquez, that the Sentencing Hearing currently scheduled on January 31, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to work with Mr. Marquez to prepare for sentencing.

2. The additional time will also ensure that the United States Probation Office has sufficient time to prepare the Presentence Report.

3. Mr. Marquez is out of custody and does not object to the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 5th day of December, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By /s/ *Supriya Prasad*<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00279-KJD-BNW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| BRANDON JON MARQUEZ, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, January 31, 2022 at 10:00 a.m., be vacated and continued to <u>February 28, 2023</u> at the hour of <u>10:30</u> a.m.; or to a time and date convenient to the court in courtroom 4A.

    DATED this <u>6th</u> day of December, 2022.

                                                          UNITED STATES DISTRICT JUDGE