```
___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
                COUNSEL/PARTIES OF RECORD

         FEB 2 8 2023

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-279-KJD-BNW |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| BRANDON JON MARQUEZ, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Brandon Jon Marquez to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Brandon Jon Marquez pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 19; Change of Plea, ECF No. 42; Plea Agreement, ECF No. 43; Preliminary Order of Forfeiture, ECF No. 44.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 9, 2022, through December 8, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 47-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 48.

On December 15, 2022, the United States Attorney's Office served Angelica Domenech with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 48-1, p. 3-15.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. MacBook Pro laptop, bearing S/N W89390UU66E;
2. Apple iPad 5th Generation, bearing S/N GCGVNR6UHP9X;
3. Western Digital Easy Store 4TB hard drive, bearing S/N WX91D879JTSZ;
4. Western Digital 1TB My Passport Ultra hard drive, bearing S/N WXN1AA325501; and
5. Apple iPhone 5C 16GB, bearing S/N FFMMQ025FNDH

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

/ / /

/ / /

/ / /

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
2 copies of this Order to all counsel of record.

3   DATED ___Feb 28_____, 2023.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE